

**NUMBER 13-17-00443-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TYLER SCHULTZ,**                                            **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                        **APPELLEE.**

---

### On appeal from the 117th District Court
### of Nueces County, Texas.

---

# O R D E R

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion to suspend the briefing deadline due to pending record production. Appellant's counsel states that audio and video exhibits are not downloadable through the attorney portal and they have been requested from the district clerk. Counsel requests that the briefing deadline be

suspended until such time as the district clerk provides the remaining portion of the record to counsel.

The reporter's record was filed on February 26, 2018. Upon review of the reporter's record, it is noted that exhibits SX11, SX18, SX49, and SX66 are originals on file with the district clerk's office. Texas Rules of Appellate Procedure 34.6(g) provides that on any party's motion or its own initiative, the appellate court may direct the trial court clerk to send it any original exhibits. *See* Tex. R. App. P. 34.6(g).

Accordingly, the clerk of the trial court is hereby ORDERED to forward original exhibits SX11, SX18, SX49, and SX66 in Cause No. 17-FC-0857-B to this Court within fifteen days from the date of this order. Appellant's motion to suspend briefing deadline due to pending record production is GRANTED. Appellant's brief will be due thirty days after the filing of the original exhibits with this Court.

PER CURIAM

Delivered and filed the
13th day of April, 2018.